UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EARTH WISE DISTRIBUTORS, LLC, | 2:13-cv-00473-AGP-CWH |
| Plaintiff, | |
| vs. | **ORDER** |
| ABB VENDING SYSTEMS, LLC, *et al.*, | |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion to Extend (#22), filed July 12, 2013. The Court has reviewed the motion and finds there is good cause for the extension. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend (#22) is **granted**.

DATED: July 15, 2013.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge